Benoit Wasserman, Respondent, v. Florida East Coast Hotel Company, Appellant, Impleaded with Florida East Coast Railway Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.